**FILED**
March 25, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                              )<br>                    Plaintiff,                  )<br>v.                                                         )<br>                                                              )<br>ANDRE D. MORNING,                     )<br>                                                              )<br>                    Defendant.              ) | Case No.  2:08-cr-0136 LKK<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ANDRE D. MORNING, Case 2:08-cr-0136 LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    **X**    Release on Personal Recognizance

    ___    Bail Posted in the Sum of $

              _    Appearance Bond with Surety

              _    Unsecured Appearance Bond

              **X**    (Other)   Conditions as stated on the record and PTS Supervision.

              _    (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  March 25, 2008     at  2:40 p.m.

By  _____
Edmund F. Brennan,
United States Magistrate Judge