1 | DANIEL BRODERICK, Bar #89424
Federal Defender
2 | Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
ANDRE D. MORNING
6 |

7 |

8 |                IN THE UNITED STATES DISTRICT COURT

9 |            FOR THE EASTERN DISTRICT OF CALIFORNIA

10 |

11 |

12 | UNITED STATES OF AMERICA,     ) No. CR-S-08-136 LKK
                                  )
13 |                 Plaintiff,   )
                                  ) STIPULATION AND ORDER FOR
14 |      v.                      ) ADDITIONAL CONDITIONS
                                  ) TO BE ADDED TO THE
15 | ANDRE D. MORNING,            ) EXISTING CONDITIONS OF RELEASE
                                  )
16 |                              )
                  Defendant.      )
17 |                              ) Judge: Hon. Dale A. Drozd
   | _____

18 |

19 |      ANDRE D. MORNING, by and through his counsel, DENNIS S.

20 | WAKS, Supervising Assistant Federal Defender, the United States

21 | Government, by and through its counsel, MICHELLE RODRIGUEZ,

22 | Assistant United States Attorney, and BETH BAKER, United States

23 | Pretrial Service Officer, hereby agree that the following

24 | conditions of release shall be added to his special conditions

25 | of release:

26 |      1. You shall report to The Effort, Inc., an inpatient

27 | facility on Friday, May 2, 2008 by 10:00 a.m. located at 1550

28 | Juliessa Avenue, Sacramento, California.

1    2.   You shall participate in the substance abuse treatment
2  program at The Effort, Inc., inpatient facility, and comply with
3  all rules and regulations of the program. You shall remain at
4  The Effort, Inc., inpatient facility at 1550 Juliesse Avenue,
5  Sacramento, California, until released by the pretrial services
6  officer;
7    a.   A responsible party approved by Pretrial Services
8  shall escort you to all required court hearings and attorney
9  meetings and escort you back to The Effort upon completion of
10 the hearing or meeting.
11   3. Upon completion of the residential program, you shall
12 participate in an outpatient program of medical or psychiatric,
13 including treatment for drug or alcohol dependency, as approved
14 by the pretrial services officer.
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1          All other conditions of release shall remain the same.

2

3    DATED: <u>April 30, 2008</u>

4                                   Respectfully submitted,

5                                   DANIEL J. BRODERICK
                                    Federal Defender
6
                                    /S/ Dennis S. Waks
7                                   _____
                                    DENNIS S. WAKS, Supervising
8                                   Assistant Federal Defender
                                    Attorney for Defendant
9                                   ANDRE D. MORNING

10
                                    McGREGOR SCOTT
11                                  United States Attorney

12   DATE: <u>April 30, 2008</u>
                                    /S/ Dennis S. Waks for Ben Wagner,
13                                  AUSA for Michelle Rodriguez

14                                  _____
                                    MICHELLE RODRIGUEZ
15                                  Assistant United States Attorney

16        **SO ORDERED.**

17   DATED: April 30, 2008.

18

19                                  _Dale A. Drozd_____

20                                  DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE
21

22

23   Ddad1/orders.criminal/morning0136.stipord

24

25

26

27

28

                              3