```
DANIEL BRODERICK, Bar #89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANDRE D. MORNING
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-136 LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND] |
| v. ) | ORDER |
| ANDRE D. MORNING, ) | Date:  June 17, 2008 |
| ) | Time:  9:30 a.m. |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through MICHELLE RODRIGUEZ, Assistant U.S. Attorney, and defendant, ANDRE D. MORNING, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for May 20, 2008 be reset to June 17, 2008 at 9:30 a.m.  This continuance is being requested because defense counsel requires additional time to review discovery, continue ongoing defense investigation, and to interview our client and other witnesses.

Speedy trial time is to be excluded from May 20, 2008

through the date of the status conference set for June 17, 2008 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 15, 2008

                                  Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Dennis S. Waks
                                  _____
                                  DENNIS S. WAKS
                                  Supervising Assistant Federal Defender
                                  Attorney for Defendant
                                  ANDRE D. MORNING

DATED: May 15, 2008

                                  McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Dennis S. Waks for
                                  _____
                                  MICHELLE RODRIGUEZ
                                  Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

DATED: May 19, 2008

                                  _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT