PROB 35A

**ORDER TERMINATING TERM OF PROBATION
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**      ) | |
| )                                  | |
| vs.                             ) | **Docket Number:  2:08CR00136-01** |
| )                                  | |
| **ANDRE D. MORNING**              ) | |
|   aka Andre Morning              ) | |

On August 26, 2008, the above-named was placed on Probation for a period of 36 months.

On June 9, 2009, this office was notified by the Yolo County SO Coroner's Office that Andre D. Morning was confirmed dead by Laurel Weeks, Deputy Coroner, on June 9, 2009, (copy of the notification is on file).  It is accordingly recommended this case be closed.

Respectfully submitted,

/s/ Michael A. Sipe

**MICHAEL A. SIPE
Senior United States Probation Officer**

Dated:      July 15, 2009
            Roseville, California
            MAS:jc

**REVIEWED BY:**      /s/ Richard A. Ertola
            **RICHARD A. ERTOLA
            Supervising United States Probation Officer**

1

Rev. 05/2007
EARLY TERMINATION ~ ORDER (DEATH) (PROB35A).MRG

**Re:  Andre D. MORNING**
      **Docket Number:   2:08CR00136-01**
      **ORDER TERMINATING TERM OF PROBATION**
      **PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

---

### ORDER OF COURT

It appearing that Andre D. Morning is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

July 29, 2009
**Date**

**LAWRENCE K. KARLTON**
**Senior United States District Judge**

(Notification copy on file)

cc:    AUSA - Dennis Waks

       FLU Unit - United States Attorney's Office

       Fiscal Clerk - Clerk's Office

       Restitution Accounts - Victims

2